1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11   MICHAEL ALEMAN,                  ) Case No. CV 17-6707-DMG (JPR)
                                       )
12                 Petitioner,         )
                                       ) ORDER ACCEPTING FINDINGS AND
13            v.                       ) RECOMMENDATIONS OF U.S.
                                       ) MAGISTRATE JUDGE
14   TRENT ALLEN, Acting Warden,       )
                                       )
15                 Respondent.         )
                                       )
16
17        The Court has reviewed the Petition, records on file, and
18   Report and Recommendation of U.S. Magistrate Judge.  No
19   objections to the R. & R. have been filed.
20        The Court accepts the findings and recommendations of the
21   Magistrate Judge.  IT THEREFORE IS ORDERED that the Petition is
22   denied and Judgment be entered dismissing this action with
23   prejudice.
24
25   DATED: September 26, 2022
                                       DOLLY M. GEE
26                                     UNITED STATES DISTRICT JUDGE
27
28