JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALEMAN, | Case No. CV 17-6707-DMG (JPR) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| TRENT ALLEN, Acting Warden, | |
|     Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 26, 2022

                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE